IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

QUINTARIUS SHORTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D15-3242

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

Baya Harrison, III, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Quentin Humphrey, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.